■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN M. SIPLEY, Also Known as KEVIN M. REED, Appellant. [602 NYS2d 222] —Appeal from a judgment of the County Court of Franklin County (Main, Jr., J.), rendered November 18, 1991, convicting defendant upon his plea of guilty of the crime of criminal possession of a forged instrument in the second degree.

Defendant contends that the People violated the terms of the plea agreement by failing to recommend that his sentence run concurrently with a previously imposed term of imprisonment and that the sentence of 2⅓ to 7 years to be served consecutively to his previously imposed sentence is harsh and excessive. A review of the transcripts of the plea and sentencing minutes reveals that the People adhered to their promise not to object to a concurrent sentence *(see, People v Walthour,* 184 AD2d 858; *People v Andrews,* 155 AD2d 779). Further, given defendant's criminal record and the fact that he was allowed to plead guilty to one reduced charge in satisfaction of a six-count indictment and a pending information, we find no reason to disturb the sentence imposed by County Court *(see, People v Bruce,* 190 AD2d 907; *People v Reyes,* 122 AD2d 353, *lv denied* 68 NY2d 917). We have considered defendant's other arguments and find them to be without merit.

Weiss, P. J., Mikoll, Mercure and Mahoney, JJ., concur. Ordered that the judgment is affirmed.